# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONG LAM TRAM

VERSUS

PHONG TRAN

NO.  2026 CW 0781

**JUNE 30, 2026**

---

In Re:    Dong Lam Tram, applying for supervisory writs, Family
          Court in and for the Parish of East Baton Rouge, No.
          203415.

---

**BEFORE:**   **McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

**WRIT DENIED.**

            **PMc**
            **TPS**
            **BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT